## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR24 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | MEMORANDUM AND ORDER |
| WILBUR ALEXANDER SOLOMON-CORPENO, | ) ) ) | |
| Defendant. | | |

This matter is before the Court on the Defendant's notice of appeal (Filing No. 32), and the Defendant's motion to extend the deadline for filing his notice of appeal (Filing No. 31).

The order Defendant appeals from was filed on April 25, 2011. He stated in his motion that he did not receive the Court's order until May 13, 2011. He has shown good cause under Federal Appellate Rule of Procedure 4(b)(4).

IT IS ORDERED:

1.  The Defendant's motion to extend the deadline for filing his notice of appeal (Filing No. 31) is granted;

2.  The Defendant's notice of appeal is deemed timely filed; and

3.  The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 23rd day of May, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge